IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2301-WYD-BNB

KARLA J. REUTIMAN,

Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania insurance company,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Vacate Hearing on Motion to Compel** (the "Motion"), filed on June 27, 2005.

     IT IS ORDERED that the Motion is GRANTED. The Motion to Compel, filed May 31, 2005, is WITHDRAWN.

     IT IS FURTHER ORDERED that the hearing set for June 29, 2005, is VACATED.