IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   04-cv-02301-WYD-BNB

KARLA J. REUTIMAN,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Insurance Company,

     Defendant.

_____

**ORDER OF DISMISSAL**
_____

The parties have filed a Stipulation for Dismissal on December 27, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees.

Dated this 29th day of December, 2005.

                                                 BY THE COURT:

                                                 s\ Wiley Y. Daniel
                                                 Wiley Y. Daniel,
                                                 United States District Judge